ClientCaseID:        61319       CaseReturnDate:  11/3/20

Affidavit of  A PRIVATE INVESTIGATOR

# UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

Case Number **20-CV-06124**

I, JOHN PENNELL

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND LICENSED AS A PRIVATE DETECTIVE (LICENSE # 115.002074) UNDER THE PRIVATE DETECTIVE ACT OF 2004.

## CORPORATE SERVICE

THAT I SERVED THE WITHIN  **SUMMONS AND AMENDED COMPLAINT**
ON THE WITHIN NAMED  DEFENDANT  **AFP 110 CORP.**
PERSON SERVED **DALE MILLER, AUTHORIZED AGENT**
BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT ON **11/3/20**

That the sex, race and approximate age of the whom I left the   **SUMMONS AND AMENDED COMPLAINT**
are as follow:

**Sex**  MALE   **Race**  WHITE   **Age**  43   **Height**  5'9"   **Build**  190#   **Hair**  BALD

LOCATION OF SERVICE  **801  ADLAI STEVENSON DR.**
**SPRINGFIELD, IL, 62703**

Date Of Service   **11/3/20**      Time of Service  **1:14 PM**

JOHN  PENNELL         11/3/2020
**A PRIVATE INVESTIGATOR**
PRIVATE DECTECTIVE # 115.002074

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.