UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

HOWARD COHAN,

    Plaintiff,

vs.

AFP 110 CORP. d/b/a HILTON
GARDEN INN CHICAGO,

    Defendant.

_____

CASE NO.: 20-cv-06124

INJUNCTIVE RELIEF SOUGHT

Honorable Joan B. Gotttschall

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Howard Cohan ("Plaintiff") and Defendant, AFP 110 Corp. d/b/a Hilton Garden Inn Chicago ("Defendant") (Plaintiff and Defendant are collectively referred to as "the Parties"), having entered into a Confidential Settlement Agreement and Release ("Agreement") that resolves all claims that were or could have been brought in this action, hereby stipulate to the dismissal of this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Attorneys' fees and other recoverable costs and expenses, if any, shall be disbursed as specified by the Parties in their Agreement. The effectiveness of this Stipulation is conditioned upon the Court's dismissing this action with prejudice.

Jointly submitted this 4th day of June, 2021.

[remainder of page intentionally left blank]

Respectfully submitted,

By: /s/ Robert M. Kaplan  
**Law Offices of Robert M. Kaplan, P.C.**  
Counsel for the Plaintiff  
1535 W. Schaumburg Rd., Suite 204  
Schaumburg, IL 60194  
Tel:     (847) 895-9151  
IL Bar No.: 620621  
rmkap@robertkaplanlaw.com

By: /s/ Monica H. Khetarpal  
**Jackson Lewis P.C.**  
Counsel for Defendant  
150 N. Michigan Avenue  
Chicago, IL  60601  
Tel.:    (312) 803-2529  
IL Bar  No.: 6283997  
Monica.Khetarpal@Jacksonlewis.com

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on June 4, 2021, he caused the foregoing **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** to be filed with the Clerk of the Court via the Court's electronic case filing/ecf system, which will serve a true and correct copy of the same upon the all counsel of record via electronic mail/notice of filing.

/s/ Robert M. Kaplan